This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**LUCRETIA ANN LIVINGSTON,**

Petitioner-Appellee,

**v.**                                                        **No. 33,906**

**KENDALL SCOTT LIVINGSTON,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**Raymond L. Romero, District Judge**

McCormick, Caraway, Tabor & Ril
Susan M. Cuddy-Moore
Carlsbad, NM

for Appellee

Melissa A. Sawyers
Hobbs, NM

for Appellant

## MEMORANDUM OPINION

**GARCIA, Judge.**

{1}    Summary dississal was proposed for the reasons stated in the notice of proposed disposition.  No memorandum opposing summary dissmissal has been filed, and the time for doing so has expired.

{2}    Dismissed.

{3}    **IT IS SO ORDERED.**

_____

**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____

**CYNTHIA A. FRY, Judge**

_____

**RODERICK T. KENNEDY, Judge**

2